The People of the State of New York, Respondent,
against
William Drayton, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Lynn R. Kotler, J. at plea; Marc J. Whiten, J. at sentencing), rendered September 20, 2012, convicting him, upon a plea of guilty, of criminal possession of a weapon in the fourth degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Lynn R. Kotler, J. at plea; Marc J. Whiten, J. at sentencing), rendered September 20, 2012, affirmed.
In view of defendant's knowing waiver of his right to prosecution by information, the accusatory instrument only had to satisfy the reasonable cause requirement (see People v Dumay, 23 NY3d 518 [2014]). So viewed, the accusatory instrument was jurisdictionally valid. Allegations that police recovered one "switchblade knife" from defendant's pocket, "which opened automatically when informant touched a button," were sufficient to establish reasonable cause to believe that defendant was guilty of criminal possession of a weapon in the fourth degree (see Penal Law § 265.01[2]; People v Berrezueta, 55 Misc 3d 143[A], 2017 NY Slip Op 50633[U] [App Term, 1st Dept 2017], affd 31 NY3d 1091 [2018]; see also People v Sans, 26 NY3d 13, 17-18 [2015]). Any hearsay defect in the instrument was waived by defendant's guilty plea (see People v Keizer, 100 NY2d 114, 121-123 [2003]). Likewise, deponent's reference to an unidentified "informant" was a nonjurisdictional defect subject to amendment (see CPL 170.35[1][a]) and defendant's right to challenge this defect was forfeited by his guilty plea (see People v Konieczny, 2 NY3d 569, 575 [2004]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: January 15, 2020